1  MOLLIE M. BURKS (SBN: 222112)
   AZNIV DARBINIAN (SBN: 197787)
2  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (510) 463-8668
4  Facsimile: (415) 986-8054
   mburks@grsm.com
5  adarbinian@grsm.com

6  Attorneys for Defendants
   BOUTIQUE AIR, INC., OPEN TRIP, INC.,
7  MARK HENDRIX, SHAWN SIMPSON, and MICHAEL RECH

8  ERIK GUNDERSON, California Bar No. 171982
   GUNDERSON EMPLOYMENT LAW
9  707 SW Washington St., Suite 1410
   Portland, OR 97205
10 Voice: (503) 713-1710
   ErikG@GundersonEmploymentLaw.com
11
   ALANA G. I. SIMMONS, *Pro Hac Vice*, Oregon Bar No. 143456
12 THE DALTON LAW FIRM
   1400 SW Montgomery Street
13 Portland, OR 97201
   Voice: (503) 253-6029
14 Fax: (503) 212-4439
   alana@daltonlawfirm.com
15
   MANI SHEIK California Bar No. 245487
16 SHEIK LAW, INC.
   526 Third Street, Suite A
17 San Rafael, CA 94901
   Voice: (415) 205-8490
18 mani@sheiklaw.us

19 Attorneys for Plaintiff JENNIFER SHULL

20                   UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22 | JENNIFER SHULL                                   ) CASE NO. 4:20-CV-08568-YGR
                                                      )
23 |              Plaintiff,                          ) **JOINT STIPULATION AND**
                                                      ) **[PROPOSED] ORDER TO**
24 |     vs.                                          ) **EXTEND TIME TO COMPLETE**
                                                      ) **SETTLEMENT CONFERENCE**
25 | BOUTIQUE AIR, INC. a California Corporation,     ) **(ADR L.R. 6-5; CIVIL L.R. 7-12)**
    OPEN TRIP, INC., a California Corporation, and    )
26 | MARK HENDRIX, SHAWN SIMPSON, and                 )
    MICHAEL RECH, Individuals.                        )
27                                                    )
                 Defendants.                          )
28                                                    ) Trial Date    September 26, 2022

-1-

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

TO THE HONORABLE COURT:

The parties hereto, Plaintiff JENNIFER SHULL ("Plaintiff") and Defendants BOUTIQUE AIR, INC., OPEN TRIP, INC., MARK HENDRIX, SHAWN SIMPSON, and MICHAEL RECH ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff and Defendants agreed to participate in a settlement conference with a Magistrate Judge pursuant to ADR L.R. 6, and this Court referred the Action to a settlement conference by Order dated March 29, 2021;

WHEREAS, the Parties' current deadline to complete the\settlement conference is September 17, 2021;

WHEREAS, Magistrate Judge Alex G. Tse was assigned as the settlement conference judge;

WHEREAS, after input from the Parties, Magistrate Judge Tse scheduled the matter for a settlement conference for August 23, 2021 starting at 11:00 a.m.;

WHEREAS, due to scheduling conflicts, the Parties have been unable to schedule the necessary depositions in order to assess the case for settlement;

WHEREAS, the scheduling conflicts are due to the flight schedule of the Parties and witnesses (Plaintiff, several Defendants and one of the witnesses are Pilots and do not have a set flight schedule) as well as pre-planned vacations, hearings and trials:

WHEREAS, due to the challenges involved with scheduling the necessary depositions, the Parties will not be prepared to participate in a productive settlement conference by September 17, 2021 and request a thirty (30) day extension, up through October 15, 2021 to complete the settlement conference;

WHEREAS, there has been no prior extension of time for the Parties to complete the settlement conference;

WHEREAS, Plaintiff and Defendants do not anticipate that this extension of time will alter the date of any event or any deadline already fixed by Court order.

/ / /

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their respective counsel of record that the deadline to complete the settlement conference is extended up to October 15, 2021.

IT IS SO STIPULATED.

Dated: July 20, 2021              GUNDERSON EMPLOYMENT LAW

By:     */s/ Erik Gunderson*
        Erik Gunderson
        Attorneys for Plaintiff
        JENNIFER SHULL

Dated: July 20, 2021              THE DALTON LAW FIRM

By:     */s/ Alana G. I. Simmons*
        Alana G. I. Simmons
        *Pro Hac Vice*
        Attorneys for Plaintiff
        JENNIFER SHULL

Dated: July 20, 2021              GORDON REES SCULLY MANSUKHANI, LLP

By:     */s/ Azniv Darbinian*
        Mollie M. Burks
        Azniv Darbinian
        Attorneys for Defendants
        BOUTIQUE AIR, INC., OPEN TRIP, INC.,
        MARK HENDRIX, SHAWN SIMPSON,
        AND MICHAEL RECH

ATTESTATION OF E-FILED SIGNATURE

I, Azniv Darbinian, am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Time to Complete the Settlement Conference. In compliance with Local Rule 5-1(i), I hereby attest that Erik Gunderson and Alana Simmons, counsels for Plaintiff, have concurred in this filing.

Dated: July 20, 2021            */s/ Azniv Darbinian*
                                Azniv Darbinian

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for Plaintiff and Defendants to complete the settlement conference is extended to October 15, 2021.

Dated: _____, 2021

UNITED STATES DISTRICT JUDGE

-5-

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE SETTLEMENT CONFERENCE (ADR L.R. 6-5; CIVIL L.R. 7-12)**   Case No. 4:20-CV-08568-YGR