# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER SHULL** | CASE NO. 20-cv-8568-YGR |
| Plaintiff, | |
| vs. | **ORDER OF CONDITIONAL DISMISSAL** |
| **BOUTIQUE AIR, INC. ET AL.** | |
| Defendants. | |

The Court is advised that this case settled at the Settlement Conference in front of Magistrate Judge Alex G. Tse on November 3, 2021. Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within fourteen (14) days from the date of this Order, that the case should be reopened, this Order shall be vacated, and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**